[No. 2007–2.   Division Two.   March 11, 1977.]

JUDITH K. VANCE, *Appellant,* v. ROBERT L.
WHITE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 62660, Oluf Johnsen, J. Pro Tem., entered July

9, 1975. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.